People of the State of Illinois, ex rel. Alda E. Kohout and the Texas Company, Petitioners, v. Village of North Riverside et al., Defendants-Appellees.
On Appeal of Alda E. Kohout, Petitioner-Appellant.

Gen. No. 47,065.

First District, Third Division.

June 21, 1957.

Released for publication September 30, 1957.

Kriebel, Hubbard, Berdine & Corwin, for appellant;
Francis E. Berg and Albert J. Horrell, for appellees. Opinion by
JUDGE FRIEND. Not to be published in full.